JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Ste. 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201
Email: Jylee@littler.com

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| VIANEY CARACHURE, an individual, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF JAMIE Y. LEE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT ON THE BASIS OF DIVERSITY JURISDICTION** |
| v. | |
| INTERSTATE MANAGEMENT COMPANY, LLC., a Delaware limited liability company; AND DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: December 3, 2021<br>Trial Date: None set |

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1

DECLARATION OF JAMIE Y. LEE ISO DEFENDANT'S NOTICE OF REMOVAL

I, JAMIE Y. LEE, hereby declare as follows:

1. I am an attorney admitted to practice in the State of California and am an attorney at the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant INTERSTATE MANAGEMENT COMPANY, LLC ("Defendant" or "Interstate") in this action. I make this Declaration in support of Defendant's Removal of Civil Action to Federal Court ("Notice of Removal"). All of the information set forth herein is based on my personal and firsthand knowledge or based on information and documents retained by our firm in the regular course of its business operations, and if called and sworn as a witness, I could and would competently testify thereto.

2. True and correct copies of the documents served on Defendant's agent on December 7, 2021, including the Summons, Complaint for Damages, Civil Case Cover Sheet, Notice of Hearing-Case Management Conference and Alternative Dispute Resolution (ADR) Information Package, are attached hereto as **Exhibit A**.

3. On January 5, 2022, Defendant filed an Answer with general denial and affirmative defenses to the Complaint in Orange County Superior Court. A true and correct copy of the Answer filed by Defendant is attached hereto as **Exhibit B**.

4. Pursuant to 28 U.S.C. § 1446(d), Exhibits A & B constitute all process, pleadings, and orders filed in the State Court Action. To Defendant's knowledge, no other process, pleadings, or orders related to this case have been filed or served by any party in the State Court Action.

5. Other than the court proceedings and documents discussed above and attached as Exhibits A and B hereto, I am not aware of any further proceedings or filings regarding this case in Orange County Superior Court.

6. As of the date of this Notice of Removal, no other parties have been named or served with the Summons and Complaint in this action.

/ / /

7.     Contemporaneously with the filing of Defendant's Notice of Removal in the United States District Court for the Central District of California, our office is providing written notice of the removal to Plaintiff's counsel of record: Kristin A. Webb, Sessions & Kimball LLP, 23456 Madero, Suite 179, Mission Viejo, California, 92691; kaw@job-law.com.  In addition, a copy of Defendant's Notice of Removal will be filed with the Clerk of the Court for the Orange County Superior Court.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 6, 2022 at Los Angeles, California.

_____
JAMIE Y. LEE

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

3

DECLARATION OF JAMIE Y. LEE ISO DEFENDANT'S NOTICE OF REMOVAL