JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Ste. 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.:   949.724.1201
Email:  Jylee@littler.com

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANEY CARACHURE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC., a Delaware limited liability company; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  8:22-cv-00020<br><br>**DEFENDANT'S NOTICE OF RELATED CASES**<br><br>Complaint Filed:  December 3, 2021<br>Trial Date:  None set |

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1
DEFENDANT'S NOTICE OF RELATED CASES

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF VIANEY CARACHURE AND HER ATTORNEYS OF RECORD:**

Pursuant to Central District Local Rule 83-1.3.1, Defendant INTERSTATE MANAGEMENT COMPANY, LLC hereby discloses that, to its knowledge, there are no cases related to this matter pending in this Court.

Dated:  January 6, 2022                              LITTLER MENDELSON P.C.


*/s/ Jamie Y. Lee*
Jamie Y. Lee
Attorneys for Defendant
INTERSTATE MANAGEMENT
COMPANY, LLC

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

2
DEFENDANT'S NOTICE OF RELATED CASES