JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Ste. 800
Irvine, CA 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201
Email: Jylee@littler.com

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANEY CARACHURE, an individual, | Case No. 8:22-cv-00020 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF INTERESTED PARTIES** |
| INTERSTATE MANAGEMENT COMPANY, LLC., a Delaware limited liability company; AND DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: December 3, 2021<br>Trial Date: None set |

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1
DEFENDANT'S NOTICE OF INTERESTED PARTIES

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF VIANEY CARACHURE AND HER ATTORNEYS OF RECORD:**

The undersigned counsel of record for Defendant INTERSTATE MANAGEMENT COMPANY, LLC ("Defendant") hereby certifies that the following listed parties may have direct, pecuniary interests in the outcome of this case:

1. Plaintiff Vianey Carachure;
2. Interstate Management Company, LLC;
3. Interstate Operating Company, L.P.;
4. Interstate Hotels & Resorts, Inc.;
5. Northridge Holdings, Inc.;
6. Interstate Hotels, LLC; and
7. Interstate Member, Inc.

Dated: January 6, 2022

LITTLER MENDELSON P.C.

*/s/ Jamie Y. Lee*
Jamie Y. Lee
Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

4873-6273-2040.1 / 079499-1094

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2

DEFENDANT'S NOTICE OF INTERESTED PARTIES