Stephen C. Kimball, SBN 152537
sck@job-law.com
Bruce G. Lee, Bar No. 261379
bgl@job-law.com
SESSIONS & KIMBALL LLP
23456 Madero, Suite 170
Mission Viejo, CA 92691
Telephone: 949.380.0900
Facsimile: 949.380.8283

Attorneys for Plaintiff
VIANEY CARACHURE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANEY CARACHURE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware limited liability company; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00020-JLS (JDEx)<br><br>[Orange County Case No.: 30-2021-01234573-CU-WT-CJC]<br><br>Assigned to: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. John D. Early<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Filed Concurrently with Proposed Order Re: Joint Stipulation for Dismissal]** |

TO THE HONORABLE JOSEPHINE L. STATON, U.S. DISTRICT COURT JUDGE:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate, by and through counsel, that all causes of action in the instant matter against all parties be and hereby are dismissed with prejudice, with each of the named parties to bear her or its own costs and attorney's fees.

**SESSIONS & KIMBALL LLP**
Dated: July 1?, 2022

By: _____
Stephen C. Kimball
Bruce G. Lee
Attorneys for Plaintiff
VIANEY CARACHURE

**LITTLER MENDELSON, P.C.**
Dated: August, 18, 2022

By: /s/ Jamie Lee
Jamie Y. Lee
Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC