# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANEY CARACHURE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware limited liability company; AND DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 8:22-CV-00020-JLS-JDE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**ORDER**

Having considered the Joint Stipulation of Dismissal with Prejudice (Doc. 19) submitted by Plaintiff Vianey Carachure and Defendant Interstate Management Company, LLC, and pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: August 25, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE